**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JOSE JAVIER CASTILLO,**<br><br>        **Petitioner,**<br><br>    **v.**<br><br>**J.L. JAMISON, et al.,**<br><br>        **Respondents.** | **CIVIL ACTION NO.  26-3365** |

## CORRECTED ORDER

**AND NOW,** this 18th day of May 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], it is hereby **ORDERED** as follows:

1. Respondents are ordered to **SHOW CAUSE** why the Petition for Writ of Habeas Corpus should not be granted by **May 19, 2026, at 4:00 p.m**.

2. The Clerk of Court is directed to make service upon the U.S. Attorney's Office. The Clerk shall provide the U.S. Attorney's Office with an acceptance of service form, the Petition for Writ of Habeas Corpus, and a copy of this Order.

3. This matter shall be heard by the Honorable Cynthia M. Rufe on **May 20, 2026 at 1:00 p.m.** in Courtroom 17-A of the United States District Court, 601 Market Street, Philadelphia, PA, 19106.

4. Respondents shall not deport or transfer Petitioner from this Court's jurisdiction prior to the hearing. Respondents may release Petition from detention.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**